960

No. 97–6155. HINES ET AL. v. UNITED STATES. C. A. 4th Cir. Certiorari denied

No. 97–6159. EVANS v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 97–6160. GREENE v. UNITED STATES. C. A. 6th Cir. Certiorari denied

No. 97–6161. RODRIGUEZ v. CHILES, GOVERNOR OF FLORIDA. Dist. Ct. App. Fla., 1st Dist. Certiorari denied.

No. 97–6163. WHITE ET AL. v. UNITED STATES. C. A. D. C. Cir. Certiorari denied.

No. 97–6164. TENCER v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 97–6167. BROWN ET AL. v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 97–6168. BALDWIN v. UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 97–6171. WILD v. WOOTEN, WARDEN. C. A. 5th Cir. Certiorari denied.

No. 97–6174. SWINT v. UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 97–6175. RICHARDSON v. UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 97–6176. SHIDELER v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 97–6180. GODINEZ v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 97–6183. HERNANDEZ-FLORES v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 97–6184. HICKS v. UNITED STATES. C. A. D. C. Cir. Certiorari denied.

No. 97–6185. PFEIL v. UNITED STATES. C. A. 10th Cir. Certiorari denied.